UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY R. MEINEKE,<br><br>                Plaintiff,<br><br>vs.<br><br>ALAN FINNAN Former Superintendent,<br>JACK BINION Facility Head/Designee,<br>CHARLES A. PENFOLD Final<br>Reviewing Authority, sued in their<br>individual and official capacities,<br>CHARLES FOX Disciplinary Hearing<br>Board Chairman, BRUCE LEMMON<br>sued in his official capacity, KEITH<br>BUTTS Superintendent,<br><br>                Defendants. | No. 1:11-cv-01624-TWP-DKL |

**Entry Discussing Motion for Clarification**

The motion for clarification [Dkt. 26] is **denied**. "District judges have no obligation to act as counsel or paralegal to pro se litigants." *Pliler v. Ford*, 542 U.S. 225, 231 (2004). This explains why the court declines to either answer or discuss the questions presented in the plaintiff's motion. The Entry of September 14, 2012, speaks for itself. Indiana Department of Correction ("DOC") Commissioner Bruce Lemmon was sued in his official capacity. He was not dismissed in the Entry of September 14, 2012, and the plaintiff's claims for injunctive relief are proceeding against this defendant. Naming additional employees of the DOC in their official capacities is duplicative and unnecessary.

       IT IS SO ORDERED.

Date: 10/26/2012

                                                    Hon. Tanya Walton Pratt, Judge
                                                    United States District Court
                                                    Southern District of Indiana

Distribution:

Anthony R. Meineke
147748
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

All Electronically Registered Counsel