## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY R. MEINEKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALAN FINNAN Former Superintendent, | ) |
| JACK BINION Facility Head/Designee, | ) |
| CHARLES A. PENFOLD Final | )   No. 1:11-cv-01624-TWP-DKL |
| Reviewing Authority, sued in their | ) |
| individual and official capacities, | ) |
| CHARLES FOX Disciplinary Hearing | ) |
| Board Chairman, BRUCE LEMMON | ) |
| sued in his official capacity, KEITH | ) |
| BUTTS Superintendent, | ) |
| | ) |
| Defendants. | ) |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The parties shall adhere to the following schedule. In doing so, the parties are reminded that discovery in civil litigation is intended to be an essentially cooperative, self-regulating process for which the parties take responsibility, with little judicial intervention required. In proceeding as directed herein, the parties are *reminded* that "[a] party must make its initial disclosures based on the information then reasonably available to it. A party is not excused from making its disclosures because it has not fully investigated the case or because it challenges the sufficiency of another party's disclosures or because another party

has not made its disclosures." Fed.R.Civ.P. 26(a)(1)(E).

    2.    Initial disclosures shall be **exchanged not later than February 12, 2013.**

    a.    The plaintiff shall make the following disclosures to counsel for the defendant(s):

> The name of each individual likely to have discoverable information about his claims; a copy or description of all documents the party may use to support his claims; and a computation of each category of damages and the documents on which those computations are based.

    b.    The defendant(s) shall make the following disclosures to the plaintiff:

> The name of each individual likely to have discoverable information about their defenses; and a copy or description of all documents they may use to support their defenses.

    3.    Upon the exchange of the disclosures directed above, but not until then, the parties may engage in additional written discovery, with all such additional discovery **to be completed by April 24, 2013.**

    4.    Any dispositive motion, including any motion for summary judgment, shall be filed **not later than May 23, 2013.**

    **IT IS SO ORDERED.**

Date: 01/18/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony R. Meineke
147748
Pendleton Correctional Facility
Inmate Mail/Parcels
4490 West Reformatory Road
Pendleton, IN 46064

Electronically Registered Counsel