**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| ANTHONY R. MEINEKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALAN FINNAN Former Superintendent, JACK ) | |
| BINION Facility Head/Designee, CHARLES A. ) | Case. No. 1:11-cv-01624-TWP-DKL |
| PENFOLD Final Reviewing Authority, sued in ) | |
| their individual and official capacities, ) | |
| CHARLES FOX Disciplinary Hearing Board ) | |
| Chairman, BRUCE LEMMON sued in his ) | |
| official capacity, KEITH BUTTS, ) | |
| Superintendent, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. Judgment is entered for the defendants and against the plaintiff.

Date: 07/21/2014

Laura Briggs, Clerk of Court

By: _____
   Deputy Clerk

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Anthony R. Meineke, 147748, Pendleton Correctional Facility, Inmate Mail/Parcels, 4490 West Reformatory Road, Pendleton, IN 46064

Electronically Registered Counsel